UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, : : : : | CIVIL NO. 3:16-cv-01832 (JAM) |
| Plaintiff, : : | |
| V. : | |
| : | |
| MAGNUSON HOTELS INTERNATIONAL LLC, MAGNUSON HOTELS USA, LLC, Washington limited liability companies, and JOHN DOES 1-5, : : : : : | JANUARY 11, 2017 |
| Defendant. : | |

### DEFENDANTS MAGNUSON HOTELS INTERNATIONAL LLC AND MAGNUSON HOTELS USA, LLC'S SECOND MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants Magnuson Hotels International LLC and Magnuson Hotels USA, LLC (collectively "Defendants") file this motion (the "Motion") respectfully requesting that the Court extend the deadline for responding to the complaint by 14 days, through and including January 26, 2017. As set forth below, Plaintiff has indicated that it intends to file an Amended Complaint removing the currently named defendants and adding a different entity as a defendant either prior to the current deadline for responding to the Complaint or shortly thereafter. After the Amended Complaint is served, the new defendant named therein will respond within the timeframe that is required by the manner of service selected. In support of this Motion, Defendants state as follows:

1. The Complaint was served on Defendants on November 22, 2016. As a result, their response to the Complaint was originally due December 13, 2016. On December 13, 2016, the Court granted an assented-to motion for an extension of time and extended the deadline to respond to the Complaint through and including January 12, 2017.

2. As Defendants and undersigned counsel prepared to respond to the allegations in the Complaint, they determined that the two entities named as defendants (Magnuson Hotels International LLC and Magnuson Hotels USA, LLC) were not proper defendants in this action.

3. To avoid needless motion practice, undersigned counsel communicated with Plaintiff's counsel, Brian Wanca, about this issue via e-mail on January 6, 2017. Mr. Wanca responded that Plaintiff would amend the complaint to remove the defendants and add a different Magnuson entity. A copy of the e-mail correspondence between undersigned counsel and Mr. Wanca is attached hereto as Exhibit A.

4. Defendants' response to the Complaint is currently due on January 12, 2017. Mr. Wanca has informed undersigned counsel that Plaintiff is endeavoring to file the Amended Complaint by that date or shortly thereafter. Because the Complaint will be superseded by the forthcoming Amended Complaint, the entity to be named as the defendant will respond to the Amended Complaint within the time period prescribed by the governing rules, dependent on the manner of service selected.

5. Undersigned counsel has conferred with Mr. Wanca regarding the relief sought in this Motion. Mr. Wanca has advised undersigned counsel that he assents on behalf of his client.

6. For these reasons, it would promote the efficient progress of this action and avoid unnecessary motion practice to extend Defendants' deadline for responding to the Complaint.

- 3 -

7.    A proposed order is attached.

>
> DEFENDANTS
> MAGNUSON HOTELS
>   INTERNATIONAL LLC, and
> MAGNUSON HOTELS USA, LLC
>
> By /s/ Edward J. Heath
>    Edward J. Heath (ct 20992)
>    Wystan M. Ackerman (ct 24090)
>    Robinson & Cole LLP
>    280 Trumbull Street
>    Hartford, CT 06103-3597
>    Tel. No.: (860) 275-8200
>    Fax No.: (860) 275-8299
>    E-mail:   eheath@rc.com
>                 wackerman@rc.com

## CERTIFICATION

I hereby certify that on January 11, 2017, a true and correct copy of the foregoing was filed electronically on January 11, 2017 and served via the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing, to:

Aytan Y. Bellin
Bellin & Associates LLC
85 Miles Avenue
White Plains, NY 10606

Brian J. Wanca
Ryan M. Kelly
Anderson & Wanca
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008

/s/ Edward J. Heath
Edward J. Heath

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, : : : : Plaintiff, : V. : : MAGNUSON HOTELS INTERNATIONAL : LLC, MAGNUSON HOTELS USA, LLC, : Washington limited liability companies, and : JOHN DOES 1-5, : : Defendant. : | CIVIL NO. 3:16-cv-01832 (JAM) |

**ORDER GRANTING DEFENDANTS SECOND MOTION
TO EXTEND TIME TO RESPOND TO COMPLAINT**

THIS MATTER, having come before the Clerk of the Court, or the Court, upon the Second Motion to Extend Time to Respond to Complaint filed by Defendants Magnuson Hotels International LLC and Magnuson Hotels USA, LLC (collectively "Defendants"), it is hereby:

ORDERED AND ADJUDGED that the request is GRANTED. The deadline for Defendants' time to respond to the Complaint is extended through and including January 26, 2017. When an Amended Complaint is filed, any defendants named therein shall respond within the time period set forth in the applicable rules.

DONE AND ORDERED in New Haven, Connecticut, this ____ day of _____, 2017.

                                                                           **Hon. Jeffrey Alker Meyer**
                                                                           **United States District Judge**

Copies furnished to:
All Counsel of Record