# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>THE MAGNUSON COMPANY, LLC d/b/a MAGNUSON HOTELS and JOHN DOES 1-5,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:16-cv-01832<br>)<br>) **CLASS ACTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff in this action, Gorss Motels Inc., and Defendant, The Magnuson Company, LLC, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as to the individual claims of Gorss Motels, Inc. only, without prejudice as to the members of the putative class, each side to bear its own costs.

**Plaintiff, GORSS MOTELS, INC.:**

| | |
|---|---|
| /s/ Ryan M. Kelly | /s/ Aytan Y. Bellin |
| Ryan M. Kelly (ct 30230) | Aytan Y. Bellin ( ct 28454) |
| ANDERSON + WANCA | BELLIN & ASSOCIATES |
| 3701 Algonquin Road, Suite 500 | 85 Miles Avenue |
| Rolling Meadows, IL  60008 | White Plains, NY 10606 |
| Telephone:  847/368-1500 | Telephone: 914/345-5345 |
| Email: rkelly@andersonwanca.com | Email: aytan.bellin@bellinlaw.com |

**Defendant, THE MAGNUSON COMPANY,**

**LLC:**

| | |
|---|---|
| /s/ Tonia Ouellette Klausner (with permission) | /s/Michael J. Dugan (with permission) |
| Tonia Ouellette Klausner (*phv admitted*) | LITCHFILED CAVO LLP |
| WILSON SONSINI GOODRICH & ROSATI | 82 Hopmeadow Street, Suite 210 |
| 1301 Avenue of the Americas, 40th Floor | Simsbury, CT  06089-9637 |
| New York, New York  10019 | Email: dugan@litchfieldcavo.com |
| Telephone:  212-497-7706 | |
| Email:  tklausner@wsgr.com | |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                          s/ Ryan M. Kelly